# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

SEP - 4 2013

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:13-mj-542 |
| Robert Timothy Koger, aka Rick Thompson/ John Stern | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __July 23, 2013__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated __18__ U.S.C. § __1341__ an offense described as follows:

Having devised a scheme and artifice to defraud and for obtaining money did for the purpose of executing such scheme and artifice cause to be deposited any matter and thing whatever to be sent and delivered by any private or commercial interstate carrier, to wit: defendant Koger using the name John Stern sent by Federal Express a Letter of Intent to purchase Dr. Kiran Patel's hotel from Vienna, Virginia, to Dr. Patel in Tampa, Florida.

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Charles E. Price II, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

Date: __September 4, 2013__

City and state: __Alexandria, Virginia__    Theresa C. Buchanan
*Printed name and title*